UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 18-995(DSD/HB)

Corey D. Stoglin,

    Plaintiff,

v.  **ORDER**

U.S. Department of Agriculture,

    Defendant.

This matter is before the court upon the report and recommendation of Magistrate Judge Hildy Bowbeer, dated October 22, 2018 (R&R). The magistrate judge recommended that the court dismiss plaintiff Corey D. Stoglin's complaint for failure to perfect service. See Fed. R. Civ. P. 4(m). No objections to the R&R have been filed within the time period permitted. Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 12] is adopted in its entirety; and

2. Plaintiff's complaint [ECF No. 1] is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 13, 2018

                                        s/David S. Doty
                                        David S. Doty, Judge
                                        United States District Court